Robert Hamilton, OSB #012730
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Email: robert_hamilton@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00342-SI-1 |
| Plaintiff, | |
| v. | THIRD UNOPPOSED MOTION TO CONTINUE TRIAL |
| BILLY CORDOVA, | |
| Defendant. | |

  Defendant, Billy Cordova, through his attorney, Robert Hamilton, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for June 30, 2025, for a period of approximately 92 days, to September 30, 2025, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Parakram Singh.

  This is defendant's third request to continue the trial in this matter. Additional time is needed for the defense to continue investigating the case, conduct further review of the discovery,

have additional meetings with Mr. Cordova, and continue discussions regarding any potential resolution of this matter.

Specifically, the parties request the Court exclude the 90-day period from July 30, 2025, through October 28, 2025, under the Speedy Trial Act. The ends of justice are served by a 92-day continuance of this matter.

Mr. Cordova understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: June 3, 2025.

/s/ Robert Hamilton
Robert Hamilton, OSB #012730