Robert Hamilton, OSB #012730
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123
Email: Robert_Hamilton@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BILLY CORDOVA, <br><br> Defendant. | Case No. 3:24-cr-00342-SI-1 <br><br> DECLARATION OF COUNSEL IN SUPPORT OF THIRD UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

I, Robert Hamilton, declare:

1.    I am counsel of record in this matter for the defendant, Billy Cordova.

2.    A continuance of the current trial date of June 30, 2025, to a date at least 92 days from the present setting is necessary as more time is required to continue discovery review, identify necessary research and investigation tasks to be conducted, consult with and effectively advise Mr. Cordova, and adequately prepare the case. The government has recently produced a large volume of discovery which supports the need for the requested extension.

3. I have spoken with the defendant and explained the reasons for requesting a continuance and his rights under the Speedy Trial Act. Mr. Cordova agrees with the reasons for the continuance and waives his rights to a speedy trial.

4. Assistant United States Attorney Parakram Singh has been contacted and does not object to this continuance.

5. This declaration is made in good faith and in support of the motion for continuance of the trial date in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on June 3, 2025, in Portland, Oregon.

                                                             */s/ Robert Hamilton*
                                                             Robert Hamilton, OSB #012730