**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:24-CR-00342-SI-4** |
| **Plaintiff,** | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **vs.** | |
| **JACKSON REVES,** | |
| **Defendant.** | |

_____

Defendant Jackson Reves, through his attorney, Erik Eklund, respectfully moves this Court to continue his Trial, presently scheduled for May 5, 2026, for a period of 60 (sixty) days, to July 6, 2026, or a date convenient to the Court thereafter. This motion is supported by the attached declaration of counsel and is unopposed by Assistant United States Attorney Parakram Singh.

Mr. Reves is charged by indictment with Conspiracy to Kidnap pursuant to 18 U.S.C. § 1201(c) and Kidnapping pursuant to 18 U.S.C. § 1201(a)(1). Mr. Reves is currently detained. Additional time is needed for the defense to meet with Mr. Reves and discuss the potential pretrial resolution of this matter.

Specifically, the parties request the Court exclude the 90-day period from May 5, 2026 through August 3, 2026, under the Speedy Trial Act. The ends of justice are served by a 60-day continuance of the trial in this matter. This continuance

Page 1- UNOPPOSED MOTION TO CONTINUE TRIAL

constitutes excludable delay pursuant to Title l8, United States Code, Section 3161(h)(7)(A) and (B).

RESPECTFULLY SUBMITTED this 23rd day of April, 2026.


s/ *Erik E. Eklund*
Erik E. Eklund
Attorney for Defendant

Page 2- UNOPPOSED MOTION TO CONTINUE TRIAL