**Erik E. Eklund**
**Email: erikeklundlaw@gmail.com**
**The Law Office Of Erik Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Tel: (503) 782-4795**
**Attorney for Defendant**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:24-CR-00342-SI-4 |
| PLAINTIFF, | |
| v. | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL |
| JACKSON REVES, | |
| DEFENDANT. | |

Counsel for the defendant, Erik E. Eklund, offers this declaration in support of a Motion to Continue. Under penalty of perjury, counsel certifies that the following facts are true and correct to the best of counsel's belief:

1. Defendant Jackson Reves made his first appearance in this matter on October 24, 2024. Mr. Reves is being held in the custody of the United States Marshals.

2. On October 4, 2024, I was appointed to represent Mr. Reves in the above-captioned case, pursuant to the Criminal Justice Act.

**Page 1  DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE**

3.  The government has produced over 100,000 pages of discovery related to this matter, which I have reviewed in large part.

4.  This is my fifth request for a continuance of the trial date.

5.  I have advised Mr. Reves of his rights under the Speedy Trial Act, 18 U.S.C. §3171. He understands that counsel needs more time to engage in negotiations and, failing a resolution, prepare for trial, and agrees that the period of time ending thirty days after the proposed trial date constitutes excludable delay.

6.  On April 23, 2026, AUSA Parakram Singh advised me vie email that he has no objection to the continuance requested.


DATED April 23, 2026.


s/ *Erik E. Eklund*
Erik E. Eklund
Attorney for Defendant